# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>APEX ASSET MANAGEMENT, )<br>INC., )<br>)<br>Defendants ) | **Case No.: 3:13-cv-01287-WJN** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41.1(b), Plaintiff voluntarily dismisses her Complaint with prejudice.

Date: June 19, 2013     By:   */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID# 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com